IN THE SUPREME COURT OF THE STATE OF MONTANA



**FILED**

07/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0004

IN RE THE PETITION OF
DILLON T. HASKELL

**FILED**

O R D E R   JUL 17 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On June 30, 2020, this Court granted Dillon T. Haskell's petition for admission to active status in the State Bar of Montana. At that time, Haskell had been on inactive status since October 2018 and, pursuant to Montana Rule of Continuing Legal Education 14, we ordered Haskell to submit to the Board of Continuing Legal Education proof of attendance at thirty hours of approved Continuing Legal Education (CLE) to be credited to the time Haskell was on inactive status.

Haskell has now petitioned for a waiver of the CLE hours under Rule 14. Haskell states that his occupation as a law clerk, previously for this Court and now for the Federal District Court, during the time he was on inactive status is sufficient to warrant readmission to the Bar without being required to make up CLE requirements.

Haskell's occupation during inactive status is sufficient to warrant readmission to active status without being required to make up CLE credits.

IT IS THEREFORE ORDERED that the 30-hour continuing legal education requirements are waived. Upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 17ᵗʰ day of July, 2020.

For the Court,

By _____
Chief Justice